UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-___371-HZ___ |
| v. | **INDICTMENT** |
| **DEAVEN REINOEHL,** | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| Defendant. | Forfeiture Allegation |
| | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
(Possession with Intent to Distribute Fentanyl)
(21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

On or about December 14, 2021, in the District of Oregon, defendant **DEAVEN REINOEHL** knowingly possessed with the intent to distribute a quantity of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(C).

## FORFEITURE ALLEGATIONS

Upon conviction of the controlled substance offense alleged in Count 1 of this Indictment, defendant **DEAVEN REINOEHL** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation.

Dated: November 7, 2023

A TRUE BILL

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

_____
PETER D. SAX
Assistant United States Attorney