SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**PETER D. SAX**
Assistant United States Attorney
Peter.Sax@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-cr-00371-AB |
| v. | **GOVERNMENT'S DISPOSITION RECOMMENDATION** |
| **DEAVEN REINOEHL,** | |
| **Defendant.** | |

The government recommends that the Court revoke defendant's term of supervised release and impose a sentence of 6 months' imprisonment, to be followed by inpatient treatment, and an additional term of 36 months' supervised release. Defendant's arrest for Fleeing or Attempting to Elude a Police Officer—only 39 days into his term of supervised release—is a blinking red light that he remains a danger to the community when he drives. Given his three prior felony elude cases, and his serial driving with a suspended license, the government remains concerned that defendant will again get back behind the wheel, will again try to flee from police,

**Government's Disposition Recommendation**                                                      Page 1

and that next time someone will get hurt. A 6-month term of incarceration will keep defendant off the road and will deter him from driving upon his release. The government otherwise agrees with the recommendation of the Probation department, including inpatient treatment.

Dated: February 17, 2026               Respectfully submitted,

                                       SCOTT E. BRADFORD
                                       United States Attorney

                                       */s/ Peter D. Sax*
                                       PETER D. SAX
                                       Assistant United States Attorney